Carolyn Hunt Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Philippe M. Gaudard (SBN 331744)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
pgaudard@schneiderwallace.com

*Attorneys for Plaintiff and the Putative Class*

[*Additional counsel listed on next page*]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNIE MONARREZ, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERRA GROUP, LLC, an unknown business entity; CENTERRA SERIVCES INTERNATIONAL, INC., an unknown business entity; WACKENHUT SERVICES, INC., an unknown business entity; G4S GOVERNMENT SOLUTIONS, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-03596-JWH-PLA<br><br>Hon. John W. Holcomb<br><br>**JOINT STIPULATION TO:**<br><br>**(1) EXTEND STAY OF PROCEEDINGS; AND**<br><br>**(2) CONTINUE THE PARTIES' DEADLINE TO FILE JOINT REPORT AND STATUS CONFERENCE** |

Edwin Aiwazian (SBN 232943)
Kenyon Harbison (SBN 260416)
Khachatur Chris Ourkhan (SBN 336653)
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone: (818) 265-1020
Facsimile: (888) 265-1021
edwin@calljustice.com
kenyon@calljustice.com
k.chris@calljustice.com

*Attorneys for Plaintiff and the Putative Class*

Sabrina A. Beldner (SBN 221918)
Natalie M. Lagunas (SBN 318634)
**MCGUIREWOODS LLP**
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8200
(310) 315-8210
sbeldner@mcguirewoods.com
nlagunas@mcguirewoods.com

*Attorneys for Defendants Centerra Group, LLC, Centerra Services International, Inc., Wackenhut Services, Inc., and G4S Government Solutions, Inc.*

CASE NO. 1:21-cv-03596-JWH-PLA

**JOINT STIPULATION TO (1) EXTEND TO EXTEND STAY OF PROCEEDINGS AND (2) CONTINUE THE PARTIES' DEADLINE TO FILE JOINT REPORT AND STATUS CONFERENCE**

# RECITALS

**WHEREAS,** on January 7, 2022, Plaintiff Jeannie Monarrez ("Plaintiff") filed a First Amended Class Action Complaint ("FAC") against Defendants Centerra Group, LLC, Centerra Services International, Inc., Wackenhut Services, Inc., and G4S Government Solutions (collectively, the "Defendants") in this action (Dkt. #26);

**WHEREAS,** on February 25, 2022, Defendants filed a Motion to Dismiss and/or Strike Plaintiff's FAC (Dkt. #32);

**WHEREAS,** on August 17, 2023, the Honorable Christopher K. Lui of the Los Angeles County Superior Court granted Preliminary Approval of the Class Action and Representative Action Settlement and Provisional Class Certification for Settlement Purposes in the case entitled *Hines v. Constellis Integrated Risk Management Services, et al.*, Case No. 20STCV26962 (the "*Hines* Action") which encompasses the putative class that Plaintiff purports to represent on all of the claims asserted in her FAC (the "Hines Settlement");

**WHEREAS,** on August 22, 2023, the Court in this action granted Defendants' Motion to Dismiss and/or Strike Plaintiff's FAC in its entirety, partially without leave to amend and partially with leave to amend, and further ordered Plaintiff to file an amended pleading, if at all, no later than September 8, 2023 (the "8/22/23 Order") (Dkt. #46);

**WHEREAS,** on September 1, 2023, the Parties stipulated to stay this action through the Final Fairness and Approval Hearing of the *Hines* Settlement (Dkt. #48);

**WHEREAS,** on September 9, 2023, this Court (1) stayed this action through and including February 16, 2024; (2) directed the Parties to file no later than February 2, 2024, a joint report that advises the Court regarding **a.** the January 25, 2024-scheduled Final Fairness and Approval Hearing of the Class Action and

1  Representative Action Settlement and Provisional Class Certification for Settlement
2  Purposes in the *Hines* action, and **b.** the parties' joint proposed case schedule or, if
3  the parties cannot agree, the parties' respective proposed case schedules and detailed
4  reasons for the parties' failure to reach an agreement; and (3) set a Status Conference
5  for February 16, 2024 (Dkt. #49);

   **WHEREAS,** on January 25, 2024, the Honorable Christopher K. Lui granted
   Final Approval of the *Hines* Settlement;

   **WHEREAS,** to allow the Parties additional time to meet and confer regarding
   the full impact of the *Hines* Settlement on this matter, and in order to preserve the
   time and resources of the Parties and the Court and avoid potentially unnecessary
   motion practice, the Parties have conferred and agree and hereby stipulate as
   follows:

   1. This action shall be stayed through and including March 1, 2024;

   2. The Parties' deadline to file a joint report that advises the Court regarding the Parties' joint proposed schedule, or, if the parties cannot agree, the parties' respective proposed case schedules and detailed reasons for the Parties failure to reach an agreement, shall be extended to February 16, 2024; and

   3. The February 16, 2024 conference shall be continued to March 1, 2024, or another date subject to the Court's availability.

# **STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, on the one hand, and Defendants, on the other hand, by and through their respective undersigned counsel, that:

1. This action shall be stayed through and including March 1, 2024;

2. The Parties' deadline to file a joint report that advises the Court regarding the Parties' joint proposed schedule, or, if the parties cannot agree, the parties' respective proposed case schedules and detailed reasons for the Parties failure to reach an agreement, shall be extended to February 16, 2024;

3. The February 16, 2024 Status Conference shall be continued to March 1, 2024, or another date subject to the Court's availability; and

4. By entering into this Stipulation, the Parties do not waive and expressly reserve all claims, defenses and challenges in this action.

Respectfully Submitted,

Dated: February 2, 2024

     */s/ Philippe M. Gaudard*
Carolyn Hunt Cottrell
Ori Edelstein
Philippe M. Gaudard
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**

3    CASE NO. 1:21-cv-03596-JWH-PLA
**JOINT STIPULATION TO (1) EXTEND TO EXTEND STAY OF PROCEEDINGS AND (2) CONTINUE THE PARTIES' DEADLINE TO FILE JOINT REPORT AND STATUS CONFERENCE**

Edwin Aiwazian
Kenyon Harbison
Khachatur Chris Ourkhan
**LAWYERS *for* JUSTICE, PC**

*Attorneys for Plaintiff and the putative Class*

Dated: February 2, 2024

    /s/    Sabrina A. Beldner
Sabrina A. Beldner
Natalie M. Lagunas
**McGUIREWOODS LLP**

*Attorneys for Defendants Centerra Group, LLC, Centerra Services International, Inc., Wackenhut Services, Inc., and G4S Government Solutions, Inc.*

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 2, 2024

                                                   */s/ Philippe M. Gaudard*
                                                    Philippe M. Gaudard