Carolyn Hunt Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Philippe M. Gaudard (SBN 331744)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
pgaudard@schneiderwallace.com

*Attorneys for Plaintiff and the Putative Class*

*[Additional counsel listed on next page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNIE MONARREZ, individually and on behalf of other members of the general public similarly situated, | Case No.:  2:21-cv-03596-JWH-PLA |
| Plaintiffs, | Hon. John W. Holcomb |
| vs. | **JOINT REPORT** |
| CENTERRA GROUP, LLC, an unknown business entity; CENTERRA SERIVCES INTERNATIONAL, INC., an unknown business entity; WACKENHUT SERVICES, INC., an unknown business entity; G4S GOVERNMENT SOLUTIONS, INC., an unknown business entity; and DOES 1 through 100, inclusive, | |
| Defendants. | |

Edwin Aiwazian (SBN 232943)
Kenyon Harbison (SBN 260416)
Khachatur Chris Ourkhan (SBN 336653)
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone: (818) 265-1020
Facsimile: (888) 265-1021
edwin@calljustice.com
kenyon@calljustice.com
k.chris@calljustice.com

*Attorneys for Plaintiff and the Putative Class*

Sabrina A. Beldner (SBN 221918)
Natalie M. Lagunas (SBN 318634)
**MCGUIREWOODS LLP**
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8200
(310) 315-8210
sbeldner@mcguirewoods.com
nlagunas@mcguirewoods.com

*Attorneys for Defendants Centerra Group, LLC,
Centerra Services International, Inc., Wackenhut
Services, Inc., and G4S Government Solutions, Inc.*

**JOINT REPORT**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Jeannie Monarrez ("Plaintiff") and Defendants Centerra Group, LLC ("CGL"), Centerra Services International, Inc. ("CSI"), Wackenhut Services, Inc. ("WSI"), and G4S Government Solutions, Inc. ("G4S") (collectively "Defendants") submit this joint report pursuant to the Court's February 5, 2024, Order. (Dkt #51).

1. **Status of January 25, 2024 Final Fairness and Approval Hearing of the Class Action and Representative Action Settlement and Provisional Class Settlement for Settlement Purposes in the case entitled,** *Hines v. Constellis Integrated Risk Management Services, et al.*, **filed in the Los Angeles County Superior Court (Case No. 20STCV26962):**

On January 25, 2024, in the case entitled *Hines v. Constellis Integrated Risk Management Services, et al.* (*Hines*), filed in the Los Angeles County Superior Court (Case No. 20STCV26962), Judge Christopher K. Lui entered an Order Granting Final Approval of Class Action and Representative Action Settlement, Service Award, and Reasonable Attorneys' Fees and Costs ("Order Granting Final Approval of Class and PAGA Settlement") in its entirety.

For settlement purposes, the Court certified the settlement class as follows: all current and former non-exempt, hourly-paid employees who worked in California for defendant Centerra Services International, Inc. at any time during the period of May 28, 2016 through July 9, 2023 ("Class Period"), but expressly excluding anyone other than the named plaintiffs who, prior to the conclusion of the Class Period, filed their own legal action alleging the same or similar claims pled in the *Hines* action. The Class Released Claims in the *Hines* action include the following claims under the California Labor Code: (1) all claims for failure to pay (or properly pay) overtime wages; (2) all claims for failure to pay minimum wages; (3) all claims for failure to provide meal periods or compensation in lieu thereof; (4) all claims for failure to provide rest periods or compensation in lieu thereof; (5) all claims for failure to issue accurate and compliant wage statements; (6) all claims for failure to pay all wages

due upon separation from employment; (7) all claims for failure to timely pay wages during employment; (8) all claims asserting a failure to properly reimburse employees for business-related expenses; (9) all claims asserted through California Business & Professions Code section 17200, et seq. arising out of the Labor Code violations referenced in the First Amended Complaint; (10) violation of Labor Code section 226(c); (11) violation of Labor Code section 1198.5; and (12) violation of Labor Code section 227.3 with respect to the payment of vacation wages. The *Hines* Release also included a release of claims under the federal Fair Labor Standards Act ("FLSA") pursuant to *Rangel v. Check Cashers*, 899 F.3d 1106 (9th Cir. 2018).

Attached hereto as **Exhibit A** is a true and correct copy of the Court's Order Granting Final Approval of Class and PAGA Settlement in the *Hines* action. The scope of the full Release from the *Hines* action can be found in Paragraph 6 of Exhibit A. Given the Court's Order, an Order to Show Case Re: Dismissal (Settlement) and Order to Show Case Re: Completion of Settlement Administration has been set for November 7, 2024.

The Parties have conferred and agree that the *Hines* Class Period and Class Released Claims encompass Plaintiff's class action claims at issue in this matter. Therefore, in light of the *Hines* Settlement (and Plaintiff's exclusion therefrom), Plaintiff will pursue her claims on an individual basis.

**2. The Parties proposed case schedule:**

    a. Deadline for Plaintiff to file Second Amended Complaint: March 22, 2024;

    b. Deadline for Defendants to file responsive pleading to Plaintiff's Second Amended Complaint: April 19, 2024;

    c. Expert Disclosure (Initial): February 14, 2025;

    d. Expert Disclosure (Rebuttal): March 14, 2025;

    e. All Discovery Cut-Off (including hearing all discovery motions): April 25, 2025;

f.  Last Date to Conduct Settlement Conference: June 30, 2025;

g.  Dispositive Motion Hearing Cut-Off Date: July 18, 2025;

h.  Deadline for Hearing on Motions *in Limine* [seven days before PTC]: September 12, 2025;

i.  Final Pretrial Conference [L.R. 16]: September 19, 2025, 1:00 p.m.;

j.  Jury Trial – 5 days: October 6-10, 2025, 9:00 a.m.


Respectfully Submitted,

Dated: February 13, 2024

_/s/ Philippe M.J. Gaudard_

Carolyn Hunt Cottrell
Ori Edelstein
Philippe M.J. Gaudard
**SCHNEIDER WALLACE
COTTRELL KONECKY LLP**

Edwin Aiwazian
Kenyon Harbison
Khachatur Chris Ourkhan
**LAWYERS** *for* **JUSTICE, PC**

*Attorneys for Plaintiff and the putative Class*

Dated: February 13, 2024

_/s/ Sabrina A. Beldner_

Sabrina A. Beldner
Natalie M. Lagunas
**McGUIREWOODS LLP**

*Attorneys for Defendants Centerra Group, LLC, Centerra Services International, Inc., Wackenhut Services, Inc., and G4S Government Solutions, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 13, 2024

_/s/ Philippe M.J. Gaudard_
Philippe M.J. Gaudard