Carolyn Hunt Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Philippe M. Gaudard (SBN 331744)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
pgaudard@schneiderwallace.com

Attorneys for Plaintiff and the Putative Class

[*Additional counsel listed on next page*]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNIE MONARREZ, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERRA GROUP, LLC, an unknown business entity; CENTERRA SERIVCES INTERNATIONAL, INC., an unknown business entity; WACKENHUT SERVICES, INC., an unknown business entity; G4S GOVERNMENT SOLUTIONS, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-03596-JWH-PLA<br><br>Hon. John W. Holcomb<br><br>**NOTICE OF LODGING [PROPOSED] ORDER GRANTING PARTIES' PROPOSED CASE SCHEDULE PER JOINT REPORT** |

1  Edwin Aiwazian (SBN 232943)
   Kenyon Harbison (SBN 260416)
2  Khachatur Chris Ourkhan (SBN 336653)
   **LAWYERS *for* JUSTICE, PC**
3  410 West Arden Avenue, Suite 203
   Glendale, California 91203
4  Telephone: (818) 265-1020
   Facsimile: (888) 265-1021
5  edwin@calljustice.com
   kenyon@calljustice.com
6  k.chris@calljustice.com
7
8  *Attorneys for Plaintiff and the Putative Class*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 1:21-cv-03596-JWH-PLA
**NOTICE OF LODGING [PROPOSED] ORDER**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

**PLEASE TAKE NOTICE** that, pursuant to L.R. 5.1 and 5-4.4, Plaintiff Jeannie Monarrez ("Plaintiff") hereby lodges the Parties' [Proposed] Order Granting Parties' Proposed Case Schedule per Joint Report (ECF No. 52).

Respectfully Submitted,

Dated: February 15, 2024

   */s/ Philippe M.J. Gaudard*
Carolyn Hunt Cottrell
Ori Edelstein
Philippe M.J. Gaudard
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**

Edwin Aiwazian
Kenyon Harbison
Khachatur Chris Ourkhan
**LAWYERS *for* JUSTICE, PC**

*Attorneys for Plaintiff and the putative Class*